FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON PALARDIS,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL EXPRESS CORPORATION, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. CV11-10028 CAS (AJWx)<br><br>ASSIGNED FOR ALL PURPOSES TO: JUDGE CHRISTINA A. SNYDER DEPARTMENT 45<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>**[STIPULATION TO DISMISS FILED CONCURRENTLY HEREWITH]**<br><br>Complaint Filed: October 27, 2011<br>Trial Date: May 14, 2013 |

Pursuant to Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear its own costs and attorney's fees.

SO ORDERED.

Dated: January 3, 2013        By: _____
                                 HON. CHRISTINA A. SNYDER
                                 UNITED STATES DISTRICT COURT

968864 (60-13553)

1

STIPULATION TO DISMISS ACTION; [PROPOSED] ORDER
Case No. CV11-10028 CAS (AJWx)